IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA     )
     )
V.     )     1:24cr053
     )
DANIEL C. D'AVERSA     )

ORDER

The Government having filed a motion to continue sentencing hearing in the above matter, showing the Court that the hearing currently scheduled for January 29, 2025 should be continued for good cause, the present motion (Doc. 21) is hereby GRANTED.

The sentencing hearing in the captioned matter is hereby continued until such time as rescheduled by the court.

SO ORDERED this 24th day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA